# Third District Court of Appeal

## State of Florida

Opinion filed April 8, 2015.
Not final until disposition of timely filed motion for rehearing.

————————————

No. 3D13-2336
Lower Tribunal Nos. 08-21731, 08-22479, 08-22491, 08-24743,
08-29745, 08-33667

————————————

**Calvin Watkins,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Stacy D. Glick, Judge.

Aubrey Q. Webb, for appellant.

Pamela Jo Bondi, Attorney General, and Mary-Grace Mendoza, Assistant Attorney General, for appellee.

Before SHEPHERD, C.J., and LAGOA and SCALES, JJ.

PER CURIAM.

Affirmed.

SHEPHERD, C.J., concurring specially.

I concur in affirming the trial court's revocation of Watkins' probation and the sentences imposed. However, because the trial court failed to enter a written order of revocation, I would remand for entry of an order setting forth the reasons for revoking probation, in accordance with the trial court's oral pronouncements. See Thomas v. State, No. 3D13-1794 (Fla. 3d DCA March 11, 2015); Brown v. State, 127 So. 3d 831 (Fla. 3d DCA 2013).